1  SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
2  AKERMAN LLP
1180 N. Town Center Dr., Suite 290
3  Las Vegas, NV 89144
Telephone:    (702) 634-5000
4  Facsimile:    (702) 380-8572
Email: scott.lachman@akerman.com
5
*Attorneys for Navy Federal Credit Union*
6

7                    **UNITED STATES DISTRICT COURT**

8                          **DISTRICT OF NEVADA**

9  JADE RILEY BURCH,                       Case No.: 2:25-cv-01897-MMD-DJA

10                Plaintiff,

11  v.                                      **ORDER GRANTING STIPULATION
                                            TO EXTEND  TIME  TO  RESPOND
12  NAVY FEDERAL CREDIT UNION; SPEEDY       TO COMPLAINT**
    RECOVERY, INC.; AND DOES 1-10,
13                                          **(FIRST REQUEST)**
                  Defendants.
14

15

16        Defendant Navy Federal Credit Union (**NFCU**) and plaintiff Jade Riley Burch stipulate that

17  NFCU shall have up to and including <u>November 10, 2025,</u> to file its responsive pleading in this matter.

18  Good cause exists to grant the requested extension as undersigned counsel was recently retained by

19  NFCU and needs time to review the complaint, including 14 causes of action among other requested

20  relief.

21  . . .

22  . . .

23  . . .

24  . . .

25  . . .

26  . . .

27  . . .

28  . . .

{83672892;1}

1    This is the parties' first request for an extension of this deadline and is not intended to cause

2  any delay or prejudice to any party.

3    DATED October 22, 2025.

4

| **AKERMAN LLP** | **JADE RILEY BURCH** |
|---|---|
| _/s/ Scott R. Lachman_ | _/s/ Jade Riley Burch_ |
| SCOTT R. LACHMAN, ESQ. | JADE RILEY BURCH |
| Nevada Bar No. 12016 | 222 Karen Ave, Suite 1207 |
| 1180 N. Town Center Dr., Suite 290 | Las Vegas, NV 89109 |
| Las Vegas, NV 89144 | |
| | _Pro Se Plaintiff_ |
| _Attorneys for Navy Federal Credit Union_ | |

10    **IT IS SO ORDERED.**

11

12    **UNITED STATES DISTRICT JUDGE**

13

14    **DATED:** October 22, 2025

2

{83672892;1}