# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Jade Riley Burch, | Case No. 2:25-cv-01897-MMD-DJA |
| Plaintiff, | |
| v. | **Order** |
| Navy Federal Credit Union; Speedy Recovery, Inc.; et al., | |
| Defendants. | |

Before the Court is Plaintiff Jade Riley Burch's motion for leave to file documents electronically. (ECF No. 17). Under Local Rule IC 2-1(b), a *pro se* litigant may request the court's authorization to register as a filer in a specific case. Plaintiff appears to have access to a word processing program and asserts to have previously received electronic filing privileges in another case. Because the Court finds that Plaintiff is capable of filing electronically, it grants the motion. (ECF No. 17).

**IT IS THEREFORE ORDERED** that Plaintiff's motion to file electronically (ECF No. 17) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff must: (1) obtain a PACER account; (2) be familiar with the Local Rules for the Electronic Filing procedures in the District of Nevada; and (3) complete the e-filing registration for the District of Nevada through Manage PACER Account. Links to these items are available at https://www.nvd.uscourts.gov/e-filing-permission/.

DATED: November 14, 2025

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE