Jade Riley Burch
Plaintiff, Pro Se
222 Karen Avenue, Unit 1207
Las Vegas, NV 89109
Tel: (614) 725-9452
Email: jaderburch@gmail.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **Jade Riley Burch,**  Plaintiff, Pro Se,  vs.  **Navy Federal Credit Union; Speedy Recovery, Inc.; Victory Recovery Services, LLC; and Does 1–10,**  Defendants. | Case No.: 2:25-cv-01897-MMD-DJA  **NOTICE OF FILING OF DEMONSTRATIVE EXHIBITS BP-1 AND BP-2** (Referenced in Plaintiff's First Amended Complaint) |

## **INTRODUCTION**

Plaintiff Jade Riley Burch hereby files Demonstrative Exhibits BP-1 and BP-2, as referenced in the First Amended Complaint filed on November 29, 2025. These materials are provided for organizational and contextual purposes only and **are not offered as evidence** at this stage of the litigation.

Dated: November 29, 2025

Respectfully submitted,

/s/ Jade Riley Burch
Jade Riley Burch
Plaintiff, Pro Se