SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone:     (702) 634-5000
Facsimile:     (702) 380-8572
Email: scott.lachman@akerman.com

*Attorneys for Navy Federal Credit Union*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JADE RILEY BURCH,<br><br>               Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION; SPEEDY RECOVERY, INC.; AND DOES 1-10,<br><br>               Defendants. | Case No.: 2:25-cv-01897-MMD-DJA<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO REPLY IN SUPPORT OF DEFENDANT NAVY FEDERAL CREDIT UNION'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Jade Riley Burch and Navy Federal Credit Union (**NFCU**) stipulate that NFCU shall have up to and including **January 6, 2026**, to file its reply supporting its motion to dismiss the first amended complaint. ECF No. 41 (filed December 15, 2025); *see* ECF No. 44 (opposition filed December 15, 2025). The current reply deadline is December 22, 2025. Good cause exists to grant the requested extension due to a pre-planned family vacation on the part of NFCU's counsel over the holiday season and in order for NFCU to approve the reply prior to filing.

. . .

. . .

. . .

. . .

. . .

84802023;1

1    This is the parties' first request for an extension of this deadline and is not intended to cause
2  any delay or prejudice to any party.
3    DATED December 18, 2025.

| **AKERMAN LLP** | **JADE RILEY BURCH** |
|---|---|
| */s/ Scott R. Lachman* <br> SCOTT R. LACHMAN, ESQ. <br> Nevada Bar No. 12016 <br> 1180 N. Town Center Dr., Suite 290 <br> Las Vegas, NV 89144 <br><br> *Attorneys for Navy Federal Credit Union* | */s/ Jade Riley Burch* <br> 222 Karen Ave, Unit 1207 <br> Las Vegas, Nevada 89109 <br><br> *Plaintiff Pro Se* |

**ORDER**

**IT IS SO ORDERED.**

DATED this 18th day of December, 2025.

_____
**UNITED STATES DISTRICT JUDGE**
Case No. 2:25-cv-01897-MMD-DJA

2

84802023;1