SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: scott.lachman@akerman.com

*Attorneys for Navy Federal Credit Union*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JADE RILEY BURCH,<br><br>           Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION; SPEEDY RECOVERY, INC.; AND DOES 1-10,<br><br>           Defendants. | Case No.: 2:25-cv-01897-MMD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF DEFENDANT NAVY FEDERAL CREDIT UNION'S MOTION TO STRIKE DEMONSTRATIVE EXHIBITS BP-1 AND BP-2**<br><br>**(FIRST REQUEST)** |

Jade Riley Burch and Navy Federal Credit Union (**NFCU**) stipulate that NFCU shall have up to and including **January 6, 2026**, to file its reply supporting its motion to strike demonstrative exhibits BP-1 and BP-2. ECF No. 42 (filed December 15, 2025); *see* ECF No. 45 (opposition filed December 16, 2025). The current reply deadline is December 23, 2025. Good cause exists to grant the requested extension due to a pre-planned family vacation on the part of NFCU's counsel over the holiday season and in order for NFCU to approve the reply prior to filing

. . .

. . .

. . .

. . .

. . .

84802379;1

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED December 18, 2025.

| AKERMAN LLP | JADE RILEY BURCH |
|---|---|
| */s/ Scott R. Lachman* <br> SCOTT R. LACHMAN, ESQ. <br> Nevada Bar No. 12016 <br> 1180 N. Town Center Dr., Suite 290 <br> Las Vegas, NV 89144 <br><br> *Attorneys for Navy Federal Credit Union* | */s/ Jade Riley Burch* <br> 222 Karen Ave, Unit 1207 <br> Las Vegas, Nevada 89109 <br><br> *Plaintiff Pro Se* |

**ORDER**

**IT IS SO ORDERED.**

DATED: 12/22/2025

UNITED STATES MAGISTRATE JUDGE
Case No. 2:25-cv-01897-MMD-DJA

2

84802379;1