# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jade Riley Burch )<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>)<br>Navy Federal Credit Union; et. el., )<br>)<br>Defendant(s). )<br>) | Case No.: 2:25-cv-01897-MMD-DJA<br><br>**DEFAULT** |

It appearing from the records in the above-entitled action that Summons issued on the **first amended** Complaint **November 29, 2025**
(Original, Amended, etc)                         (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure,

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants **Victory Recovery Services, Inc.**

in the above-entitled action is hereby entered.

Date: **1/5/2026**

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk