Jade Riley Burch
*Plaintiff, Pro Se*
222 Karen Avenue, Unit 1207
Las Vegas, NV 89109
Tel: (614) 725-9452
Email: jaderburch@gmail.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **Jade Riley Burch,** | **Case No.:** 2:25-cv-01897-MMD-DJA |
| Plaintiff, Pro Se, | |
| vs. | **MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT VICTORY RECOVERY SERVICES, INC** |
| **Victory Recovery Services, Inc.** | |
| Defendant. | |

### PRELIMINARY STATEMENT

Plaintiff Jade Riley Burch moves pursuant to Federal Rule of Civil Procedure 55(b)(2) for entry of default judgment against Defendant Victory Recovery Services, Inc. **The Clerk entered default on January 5, 2026.** Victory has not appeared.

On **June 26, 2025**, Victory Recovery Services, Inc signed for a certified packet addressed to its General Counsel. The packet documented that Victory's repossession logistics services had caused a disabled woman to suffer a cluster of tonic-clonic seizures after her vehicle and rescue medication were seized from an ADA-accessible parking space during a documented medical crisis.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Victory did not respond.** It did not escalate the notice. It did not halt the disposition. It did not preserve evidence.

On **December 12, 2025**, Victory was served with the Summons and First Amended Complaint. Victory's response was due **January 2, 2026**. Victory did not respond.

Victory has not appeared or otherwise defended despite notice and service. Entry of default reflects the legal consequences of that failure.

## PROCEDURAL HISTORY

Plaintiff filed her First Amended Complaint on November 29, 2025, asserting claims against Victory for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692f(6); the Nevada Deceptive Trade Practices Act, NRS 598; negligence; and the Americans with Disabilities Act, 42 U.S.C. §§ 12182, 12203.

On **December 12, 2025**, Plaintiff filed a Notice of Service confirming proper service upon Victory Recovery Services, Inc. (ECF No. 39.) Victory's response was due **January 2, 2026**. No response was filed. **The Clerk entered default on January 5, 2026.**

## LEGAL STANDARD

Rule 55(b)(2) authorizes entry of default judgment against a party who has failed to plead or otherwise defend. *Aldabe v. Aldabe*, 616 F.2d 1089, 1092 (9th Cir. 1980). Courts consider the *Eitel* factors: (1) prejudice to plaintiff; (2) merits of the claims; (3) sufficiency of the complaint; (4) sum at stake; (5) possibility of disputed facts; (6) excusable neglect; and (7) policy favoring merits decisions. *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986).

1
2

Upon default, well-pleaded allegations are taken as true. *TeleVideo Sys., Inc. v. Heidenthal*, 826 F.2d 915, 917-18 (9th Cir. 1987).

3
4

**APPLICATION OF THE EITEL FACTORS**

5

**A. Prejudice to Plaintiff**

6
7
8
9
10

Absent default judgment, Plaintiff has no recourse against Victory. Victory received pre-litigation notice and service of process. It responded to neither. Denial of this motion rewards that conduct and leaves Plaintiff without remedy. *PepsiCo, Inc. v. Cal. Sec. Cans*, 238 F. Supp. 2d 1172, 1177 (C.D. Cal. 2002).

11

**B. Merits of the Claims**

12

**1. FDCPA, 15 U.S.C. § 1692f(6)**

13
14
15
16
17
18
19
20

Victory is a debt collector for purposes of § 1692f(6) as an enforcer of a security interest. *Obduskey v. McCarthy & Holthus LLP*, 139 S. Ct. 1029, 1039 (2019). Even if Victory is not a debt collector for all FDCPA purposes, § 1692f(6) applies to entities whose principal purpose is the enforcement of security interests. Victory facilitated dispossession without a present right to possession. Whether such right exists is determined by state law. *Richards v. PAR, Inc.*, 954 F.3d 965, 968 (7th Cir. 2020). NFCU failed to comply with Nevada's UCC prerequisites. No present right existed.

21

**2. Nevada Deceptive Trade Practices, NRS 598**

22
23
24

Victory knowingly failed to disclose its receipt of Plaintiff's certified medical-risk notice, allowing a harmful disposition to proceed. NRS 598.0915(15).

25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### 3. Negligence

Victory received certified notice of Plaintiff's medical vulnerability. It owed a duty of reasonable care upon receipt of that notice. It breached that duty by failing to escalate the notice, halt the disposition, or preserve the vehicle. *Scialabba v. Brandise Constr. Co.*, 112 Nev. 965, 921 P.2d 928 (1996).

### 4. ADA, 42 U.S.C. §§ 12182, 12203

Victory received notice of Plaintiff's disability. It had a duty to refrain from discriminatory interference once on notice of Plaintiff's disability. Its failure to act constituted interference under § 12203.

### C. Sufficiency of the Complaint

The First Amended Complaint sets forth the dates of relevant communications, the contents of certified mail, the nature of Plaintiff's disabilities, and the harm caused. The pleading exceeds the requirements of Rules 8(a) and 12(b)(6).

### D. Sum at Stake

The amount requested reflects documented damages and the mandatory application of NRS 41.1395. Victory received actual notice of Plaintiff's vulnerability, ignored that notice, and facilitated a disposition that destroyed evidence. The sum is proportionate to both the harm and the willfulness.

### E. Disputed Facts

None. Victory's default admits the well-pleaded allegations. *TeleVideo*, 826 F.2d at 917-18.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**F. Excusable Neglect**

Victory is a nationwide repossession logistics contractor with a legal department. It received certified mail addressed to General Counsel on June 26, 2025. It received service of process on December 12, 2025. Its failure to respond reflects deliberate choice.

**G. Policy Favoring Merits Decisions**

This policy is overcome where the defendant makes a merits decision impossible. *Eitel*, 782 F.2d at 1472. Victory has done so.

DAMAGES

The amounts requested are supported by the attached exhibits and Plaintiff's declaration. **To the extent the Court prefers a prove-up hearing on any category, Plaintiff requests such a hearing rather than denial.**

**I. Statutory Damages**

FDCPA, 15 U.S.C. § 1692k(a)(2)(A): **$1,000.00** NRS 598.0999: **$5,000.00**

**Subtotal: $6,000.00**

**II. Actual Damages**

**Battery Replacement: $18,000.00**

Tesla service records dated October 1, 2025, document catastrophic battery degradation requiring full replacement. The battery, rated for 320 miles of range, yielded 90 miles on full charge. Estimated replacement cost: $12,000-$18,000. Given the extent of degradation and Tesla's replacement practices, the higher estimate is reasonable and conservative.

Burch v. Victory Recovery Inc.
MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT
VICTORY RECOVERY SERVICES, INC.

**Full Self-Driving Capability: $10,000.00**

Plaintiff purchased Tesla's FSD for $10,000. FSD is VIN-specific and does not transfer upon sale. The wrongful disposition destroyed this asset.

**Vehicle Diminution: $15,000.00**

A 2021 Tesla Model 3 AWD in good condition has a fair market value of $35,000-$40,000. The damaged vehicle sold for $24,949 through BP Ford, Long Beach. Diminution attributable to Defendants' misconduct, exclusive of battery and FSD losses calculated separately: $15,000.

**Physical Pain and Suffering: $100,000.00**

Plaintiff suffered **over 20 documented seizures** in the days following the repossession. These included grand mal episodes with loss of consciousness, convulsions, bladder incontinence, foaming, temporary paralysis, loss of speech, and oxygen dependency. The cluster represented a life-threatening emergency caused by stranding a known epileptic in **106-degree heat** without rescue medication. On June 16, 2025, just 48 hours before the repossession, **Plaintiff was denied emergency care at University Medical Center** despite presenting with a neurologist's letter recommending immediate admission. When Defendants seized her vehicle and rescue medication two days later, Plaintiff was forced to endure the resulting seizure cluster without emergency medical intervention.

**Emotional Distress: $100,000.00**

Plaintiff has documented PTSD, which the incident exacerbated. The knowledge that her certified pleas were ignored compounded the harm.

**Loss of Use: $10,000.00**

Plaintiff, a disabled person dependent on accessible transportation, was deprived of her vehicle for over four months.

**Subtotal Actual Damages: $253,000.00**

**III. Mandatory Enhanced Damages, NRS 41.1395**

Plaintiff is a **vulnerable person** under NRS 41.1395(4)(b). Her conditions include epilepsy, cardiac disease, oxygen dependency, and insulin-dependent diabetes. **Victory received certified notice of this vulnerability on June 26, 2025.**

NRS 41.1395(3) provides that a vulnerable person who suffers injury from exploitation "is entitled to recover special damages, which **must** include... an amount equal to **twice** the amount of any compensatory damages."

The statute is mandatory. Damages "must" be doubled. Courts applying NRS 41.1395 treat doubling as mandatory once vulnerability and exploitation are established.

Actual Damages: $253,000.00 **Doubled: $506,000.00**

**IV. Costs**

Filing, service, certified mail: **$579.00**

**V. Total**

Statutory Damages: $6,000.00
Enhanced Actual Damages: $506,000.00
Costs: $579.00

**TOTAL: $512,579.00**

Burch v. Victory Recovery Inc.
MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT
VICTORY RECOVERY SERVICES, INC.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CONCLUSION

Victory signed for a certified packet documenting a medical emergency. **It did not respond.**

Victory was served with a federal complaint. **It did not respond.**

NRS 41.1395 mandates doubled damages when a vulnerable person is exploited. The statute uses the word "must." This Court should apply it.

**Plaintiff requests judgment against Victory Recovery Services, Inc in the amount of $512,579.00.**

DATED: January 6, 2026

/s/ Jade Riley Burch

Jade Riley Burch
Plaintiff, Pro Se

**Burch v. Victory Recovery Inc.**
**MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT**
**VICTORY RECOVERY SERVICES, INC.**

## <u>DECLARATION OF JADE RILEY BURCH</u>

I, Jade Riley Burch, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

### Background

1. I am the Plaintiff. I have personal knowledge of the matters stated herein.

2. I have the following diagnosed conditions: **epilepsy** with grand mal and tonic-clonic seizures; **PTSD**; Functional Neurological Disorder; **oxygen-dependent status**; Pulmonary Embolism requiring anticoagulant therapy; Left Ventricular Hypertrophy; **insulin-dependent Diabetes Mellitus**; Hypertension; and Generalized Anxiety Disorder.

3. I take 14 daily medications including Depakote ER for seizure control, Ativan as rescue medication, Eliquis for blood clot prevention, Humalog insulin, and supplemental oxygen.

4. I hold Nevada Disabled Person's Parking Identification Placard No. A1625511.

5. **I am a vulnerable person under NRS 41.1395(4)(b).**

### Notice to Victory

6. On June 21, 2025, I sent an ADA Demand Packet to Victory Recovery Services, Inc via USPS Certified Mail, Tracking No. 9214 8901 4298 0420 9795 12, addressed to Victory Recovery, Attn: General Counsel / Legal Department, 4657 Thompson Mill Rd, Buford, GA 30518.

7. The packet contained:

a. Demand letter detailing Victory's role in forwarding an unlawful repossession order, demanding $7,500 within seven days;

b. Exhibit A: Seizure log documenting the cluster I suffered following the repossession;

c. Exhibit B: Medical summary of my conditions and 14 daily medications;

d. Exhibit C: DMV disability placard;

e. Exhibit D: Prior settlement demand to Navy Federal Credit Union;

f. Exhibit E: Legal notice to Speedy Recovery;

g. Signed certification under penalty of perjury.

8. The packet warned Victory of liability under the ADA, FDCPA, NRS 104.9611, NRS Chapter 598, and Nevada tort law.

9. The packet stated Victory was "now on constructive notice of this dispute" and that continued withholding, damage, or disposal of my vehicle would "be treated as an aggravating factor."

10. **Victory signed for the packet on June 26, 2025.** The signed green card is attached as **Exhibit 1**.

11. **Victory did not respond.**

12. Victory did not escalate the notice to Navy Federal Credit Union.

13. Victory did not halt the disposition.

14. Victory did not preserve evidence.

### The Repossession

15. On **June 18, 2025**, my 2021 Tesla Model 3 AWD (VIN: 5YJ3E1B9MF999112) was repossessed from a marked **ADA-accessible space** in Downtown Summerlin while my disability placard was displayed.

16. I was in acute medical crisis. In the prior 72 hours, I had suffered **16 documented seizures** including multiple grand mal episodes.

17. On June 16, 2025, my neurologist examined me and issued a letter stating I was experiencing "numerous seizures" and recommending emergency evaluation.

18. I presented to University Medical Center with my neurologist's letter. **UMC denied me emergency care.** I was turned away despite actively seizing and holding a physician's letter recommending admission.

19. The vehicle contained my **EpiPen, rescue inhaler, and Ativan**.

20. Two days later, the repossession **stranded me in 106-degree heat** without rescue medication and triggered my 17th seizure in five days. Because I had already been denied emergency care, I was forced to endure the resulting seizure cluster without hospital intervention.

21. The seizure cluster continued:

a. **June 18, 7:15-8:24 PM:** 7 tonic-clonic seizures. Bladder incontinence, foaming, confusion. One episode lasted 3 minutes and required oxygen.

b. **June 19, 9:31 AM-11:40 PM:** 10 tonic-clonic seizures. Gasping, shaking, muscle stiffness, disrupted sleep. One grand mal included.

c. **June 20, 2:30 PM:** Tonic-clonic seizure. Confusion, loss of speech.

d. **June 20, 5:30 PM:** Tonic-clonic seizure. Disorientation, temporary right-side weakness.

22. **Over 20 documented seizures in this period.** A cluster of this severity carries risk of status epilepticus.

### Vehicle Damage

23. Defendants failed to engage Tesla's required Tow Mode and allowed the high-voltage battery to fully discharge.

24. Tesla service invoice dated October 1, 2025, documents battery degradation requiring full replacement at $12,000-$18,000. Attached as **Exhibit 2**.

25. A "100%" charge yielded **90 miles of range versus the rated 320 miles**. A 72% reduction.

26. On August 11, 2025, NFCU received my litigation-hold letter demanding preservation.

27. **Defendants sold the vehicle anyway**, destroying telemetry, charging history, key-pair logs, and diagnostic records.

28. BP Ford, Long Beach listed the vehicle at $24,949.

**Full Self-Driving**

29. My Tesla had Full Self-Driving capability. **I paid $10,000 for it.**

30. FSD is VIN-specific. It does not transfer on sale.

31. The wrongful disposition destroyed this $10,000 asset.

**Damages**

32. My damages:

a. Battery replacement: **$18,000**
b. FSD loss: **$10,000**
c. Vehicle diminution: **$15,000**
d. Pain and suffering: **$100,000**
e. Emotional distress: **$100,000**
f. Loss of use: **$10,000**

**Total actual damages: $253,000**

33. As a vulnerable person under NRS 41.1395, **I am entitled to doubling.**

34. Victory had actual notice of my status as of June 26, 2025.

35. **Doubled damages: $506,000**

36. Statutory damages: $6,000

37. Costs: $579

38. **Total: $512,579**

**Burch v. Victory Recovery Inc.**
**MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT**
**VICTORY RECOVERY SERVICES, INC.**

**Service and Default**

39. I filed a Notice of Service on December 12, 2025. (ECF No. 39.)

40. Victory's response was due January 2, 2026.

41. **Victory did not respond.**

42. **The Clerk entered default January 5, 2026.**

**Costs**

43. My costs:

a. Filing fee: $405
b. Service: $150
c. Certified mail: $24

**Total: $579**

I declare under penalty of perjury under the laws of the United States that the foregoing is true

and correct.

Executed January 6, 2026, at Las Vegas, Nevada.

/s/ Jade Riley Burch
Jade Riley Burch

Burch v. Victory Recovery Inc.
MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT
VICTORY RECOVERY SERVICES, INC.

## CERTIFICATE OF SERVICE

I certify that on January 6, 2026, I electronically filed the foregoing with the Clerk using

CM/ECF, which will notify all counsel of record.


I further certify that I served a copy upon Victory Recovery Services, Inc by U.S. Mail:

Victory Recovery Services, Inc
Attn: General Counsel
4657 Thompson Mill Rd
Buford, GA 30518


/s/ Jade Riley Burch
Jade Riley Burch

**Burch v. Victory Recovery Inc.**
**MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT**
**VICTORY RECOVERY SERVICES, INC.**

# EXHIBIT 1

Date Produced: 06/30/2025

LETTERSTREAM:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 4298 0420 9795 12. Our records indicate that this item was delivered on 06/26/2025 at 02:07 p.m. in BUFORD, GA 30518. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :    **4657 THOMPSON MILL RD, BUFORD, GA 30518**

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service



Date Produced: 07/14/2025

LETTERSTREAM:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 4298 0420 9795 29. Our records indicate that this item was delivered on 07/08/2025 at 02:01 p.m. in BUFORD, GA 30518. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

PO BOX 1025
BUFORD, GA 30515-1025

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

Buro
4001 S. Decatur Blvd Ste 37-442
Las Vegas, NV 89103



**USPS CERTIFIED MAIL**

9214 8901 4298 0420 9795 12

0011888231000010

Victory Recovery
Attn: General Counsel / Legal Department
4657 Thompson Mill Rd
Buford, GA 30518

# See Important Information Enclosed

Jade Riley Burch 4001 S. Decatur Blvd Suite 37–442 Las Vegas, NV 89103
jade@elusive-ent.com

6-21-2025

VIA CERTIFIED MAIL AND EMAIL
Victory Recovery
Attn: General Counsel / Legal Department
4657 Thompson Mill Rd, Buford, GA 30518

**RE: DEMAND TO REMEDY UNLAWFUL REPOSSESSION ORDER & NOTICE OF PENDING LITIGATION**

**Client: Navy Federal Credit Union**
**Vehicle: 2021 Tesla Model 3 AWD (VIN: 5YJ3E1B9MF999112)**

To Whom It May Concern:

This letter serves as a formal demand that your company take immediate action to remedy its role in forwarding and managing an unlawful repossession order against me, which was executed by your agent, Speedy Recovery, on or around June 17, 2025.

Your company acted as the prime contractor for Navy Federal Credit Union and forwarded a repossession order that was procedurally and legally deficient, resulting in significant medical and financial harm to me. The vehicle was seized from a marked handicapped space without any of the legally required pre-repossession notices being provided to me, in direct violation of UCC § 9-611 and Nevada Revised Statutes.

As a disabled individual with documented epilepsy, PTSD, and cardiac risk, the trauma of this illegal seizure, which your company facilitated, directly caused me to suffer multiple seizures, including a grand mal episode, and severe emotional distress.

Your company is now exposed to significant legal liability for the following:

- **Negligent Management of a Repossession Order:** Forwarding an order without verifying that your client, Navy Federal, had complied with mandatory state and federal notice laws.
- **Vicarious Liability for Agent's Actions:** Your agent, Speedy Recovery, committed multiple violations, including ADA violations, for which you are legally responsible.
- **Participation in Unfair and Deceptive Practices:** In violation of the Fair Debt Collection Practices Act (FDCPA) and relevant state consumer protection statutes.

Additionally, this repossession violated protections afforded to me under the **Americans with Disabilities Act (42 U.S.C. § 12101 et seq.),** as well as state-level disability rights laws prohibiting discrimination in access to transportation and essential services.

Under Nevada tort law, you are now exposed to **joint and several liability** for material participation in this unlawful act. If either Navy Federal or Speedy Recovery fails to resolve this, your company could still be held liable for the full extent of damages.

I have already put your agent, Speedy Recovery, on notice. I suggest you contact them and your client, Navy Federal, immediately. You are now on **constructive notice** of this dispute and the supporting evidence. Any continued withholding, damage, or disposal of my vehicle will be treated as an aggravating factor in my forthcoming civil complaint.

**DEMAND**

I demand the following:

1.  That you compel your client, Navy Federal Credit Union, to immediately comply with the settlement terms already provided to them, which include:
    o   Immediate release of the vehicle to me
    o   Full loan forgiveness and title transfer
    o   $10,000 in damages
2.  That you separately compensate me in the amount of **$7,500** for your company's specific role in managing this unlawful order and the medical harm it has caused.

Failure to fully resolve this matter within **seven (7) business days** will result in your company being named as a co-defendant in a civil action filed in Clark County District Court. Said complaint will include claims for negligence, violation of disability rights, emotional distress, and will seek **compensatory, statutory, and punitive damages** from all parties, **jointly and severally**.

A formal complaint will also be filed with the **Consumer Financial Protection Bureau (CFPB)**, the **Federal Trade Commission (FTC)**, and any state agency that licenses repossession contractors in **Nevada and California**.

Govern yourselves accordingly.

6-21-25

Sincerely,
**Jade Riley Burch**
Jade Riley Burch
4001 S. Decatur Blvd., Suite 37–442
Las Vegas, NV 89103
jade@elusive-ent.com

## ADA Demand Packet – Exhibit Set

Submitted to: Victory Recovery
Date: June 21, 2025

## Table of Contents

| Exhibit | Title | Page |
|---------|-------|------|
| A | Post-Repossession Seizure Log | 1 |
| B | Medical Summary – ADA-Qualifying Conditions | 2 |
| C | Proof of Disability Status (DMV Placard & Summary) | 3 |
| D | Summary of Prior Settlement Demand to Navy Federal Credit Union | 4 |
| E | Summary of Legal Notice to Speedy Recovery | 5 |

## Exhibit A – Post-Repossession Seizure Log

This log documents seizure activity experienced by Jade Riley Burch following the repossession incident.

Time            Description
June 18, 7:15–8:24 PM Cluster of 7 tonic-clonic seizures: bladder incontinence, foaming at the mouth, confusion, one episode lasted 3 minutes, oxygen use required.
June 19, 9:31 AM–11:40 PM     Cluster of 10 tonic-clonic seizures: gasping, involuntary shaking, muscle stiffness, disrupted sleep, one grand mal seizure included.
June 20, 2:30 PM          Tonic-clonic seizure: confusion, brief loss of speech.
June 20, 5:30 PM          Tonic-clonic seizure: disorientation, temporary right-side weakness.

*Note: These seizures occurred following the emotional and physical distress caused by the repossession of Jade Riley Burch's vehicle, and are documented for legal and medical review.

Footnote – Seizure Clusters Explanation:
Seizure clusters, also known as acute repetitive seizures (ARS) or serial seizures, are defined as two or more seizures occurring within a 24-hour period with incomplete recovery between episodes. Clinically, clusters may signal an impending escalation toward status epilepticus, a life-threatening condition.

For medically complex patients, particularly those with comorbidities (e.g., cardiac conditions, oxygen dependence, functional neurological disorders), seizure clusters represent a significant risk to safety, cognition, and physical health. Medical literature supports the association between emotional stress or trauma (e.g., sudden life events like property repossession or eviction) and a notable increase in seizure frequency in patients with epilepsy or seizure-like disorders.

## Exhibit B – Medical Summary – ADA-Qualifying Conditions

Diagnosed Medical Conditions:
• Seizure Disorder (Epilepsy, including grand mal seizures and seizure clusters)
• Pulmonary Embolism (PE) – life-threatening blood clot requiring anticoagulant therapy
• Functional Neurological Disorder (FND)
• Oxygen-Dependent Status – prescribed for seizures and syncopal events
• Post-Traumatic Stress Disorder (PTSD)
• Left Ventricular Hypertrophy (LVH)
• Insulin-Dependent Diabetes Mellitus
• Hypertension
• Generalized Anxiety Disorder (GAD)

Current Medications and Prescribed Purpose:
Depakote ER – Seizure control and mood stabilization
Zyprexa – Antipsychotic for mood regulation and stress-response stabilization
Adderall – ADHD and executive function stabilization
Buspirone – Non-benzodiazepine anxiolytic for GAD and PTSD
Zoloft – SSRI used for depression, anxiety, and PTSD
Ativan (as needed) – Rescue medication for seizures and panic
Eliquis – Blood thinner for pulmonary embolism
Amlodipine – Calcium channel blocker for blood pressure
Lisinopril – ACE inhibitor for heart/kidney protection
Atorvastatin – Cholesterol control
Humalog Insulin – Fast-acting insulin for diabetes management
Supplemental Oxygen – Emergency and post-seizure oxygen stabilization

## Exhibit C – Proof of Disability Status

Jade Riley Burch is a legally recognized person with a disability. A DMV-issued disabled parking placard was in use at the time of repossession. Additional medical documents confirming permanent disability are available upon request. This includes formal diagnoses under the ADA and active SSDI claim under medical review.

Any seizure or cardiac-related triggering of emergency health events is exacerbated by stress and environmental disruptions such as loss of transportation.



### Exhibit D – Prior Settlement Demand to Navy Federal

A formal demand for vehicle release, loan forgiveness, and compensation was issued directly to Navy Federal Credit Union on June 20, 2025. This notice placed Navy Federal on full legal notice of the unlawful repossession and the medical/emotional harm caused.

Victory Recovery, as their contracted agent, has now received derivative notice and legal accountability under joint liability theory.

## Exhibit E – Notice to Speedy Recovery

Certified mail delivery was completed to Speedy Recovery, the agent that physically carried out the seizure. This includes a PDF copy of the certified letter with embedded delivery tracking. Speedy Recovery was placed on notice of pending litigation and ADA-related damages.

Victory Recovery, as the forwarding contractor, is accountable for the actions of its agent under Nevada tort law.

**CERTIFICATION AND SIGNATURE**
**ADA Disability Demand Packet – Legal Affirmation**
**Submitted by: Jade Riley Burch**

I, Jade Riley Burch, certify under penalty of perjury that the information contained in this ADA Demand Packet, including all attached exhibits, is true, accurate, and based on my direct lived experience, medical records, and legal understanding.

This submission is made in accordance with:

- **The Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq.**
- **Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 et seq.**
- **Nevada Revised Statutes, including NRS 104.9611 and NRS Chapter 598 (Deceptive Trade Practices)**
- **Tort law principles governing Negligence, Gross Negligence, and Intentional Infliction of Emotional Distress**
- **Doctrine of Joint and Several Liability in Nevada**
- **Notice and Opportunity to Cure Doctrine (supported under UCC and common law)**

This packet, in conjunction with previous notices sent to Navy Federal Credit Union and Speedy Recovery, places Victory Recovery on full legal notice of their liability in this matter. Failure to resolve this matter may result in direct civil litigation and parallel complaints filed with regulatory authorities.

**Executed on this day:** June 21, 2025
**Location:** Las Vegas, Nevada

**Jade Riley Burch**
4001 S. Decatur Blvd., Suite 37–442
Las Vegas, NV 89103
jade@elusive-ent.com

# EXHIBIT 2



**Tesla, Inc**
1800 E SPRING ST
LONG BEACH,CA,US 90755-1934
Ph.: (562) 308 5439

## Service Estimate

**SERVICE DEPARTMENT HOURS**
**Mon-Fri 7:00 a.m. - 8:00 p.m**
**Saturday-Sunday 7:00 a.m. - 8:00 p.m**

B.A.R. #ARD00310085

| Invoice date | Invoice number |
|---|---|
| 25-Sep-2025 | 3000-009-0028939270 |
| **Due Date** | **PO Number** |
| 25-Sep-2025 | |
| **Date/Time Received** | **Date/Time Promised** |
| | 13-Oct-2025 16:45:00 |
| **Odometer In** | **Odometer Out** |
| Miles | Miles |
| **Ready Date** | |
| | |
| **Service Advisor** | |
| Manny Hernandez Ramos | |

| Bill To | | | |
|---|---|---|---|
| Billy Stone 6501 Cherry Avenue Long Beach,CA 90805 bballstone22@yahoo.com | | | |

| Mobile Phone | Additional Phone | | Vehicle Identification Number |
|---|---|---|---|
| +3233824637 | | | 5YJ3E1EB9MF999112 |
| **Year** | **Model** | **License Plate Number** | **Colour** |
| 2021 | MODEL 3 | | Pearl White Multi-Coat |

| Job Number | Description Of Work | Amount (USD) |
|---|---|---|
| 1 | **Concern:** Check tire pressure and condition<br><br>**Repair Notes:**<br><br>**Correction: Windshield Washer Fluid - Top Off**<br><br>Labor Hours 0.00 Price 0.00 Adjustment 0.00 Subtotal 0.00<br><br>Pay Type: Customer Pay<br><br>**Total Parts Amount** 0.00<br>**Total Labor Amount** 0.00<br>**Labor Hours** 0.00 | 0.00 |
| 2 | **Concern:** Check tire pressure and condition<br><br>**Repair Notes:**<br><br>**Correction: Automated Tire Pressure Check**<br><br>Pay Type: Goodwill-Internal | 0.00 |
| 3 | **Concern:** vehicle has unable to charge , charge at max and will only charge to 30%<br><br>**Repair Notes:**<br><br>**Correction: HV Battery (AWD) - Remove and Replace**<br><br>**Correction: Discharge HV Battery (Through Touchscreen Service Mode)** | 0.00 |

| | Correction: Perform Post-Repair Validation Test Drive | | |
|---|---|---|---|
| | *Labor Hours included in other correction | Pay Type: HV Battery Limited Warranty | |

Service Center hourly rate: USD 275
Notes: To assess your vehicle's Tire Wear and Condition, please see the Tire Care and Maintenance section from the digital Owner's Manual in your car.

All parts are new unless otherwise specified.

**Accepted Payment Methods:Major Credit Cards (Visa, Mastercard, AMEX, etc.), Debit Card, Cashier's Check**

You agree that:You are entitled to a price estimate for the repairs you have authorized. The repair price may be less than the estimate but shall not exceed (1) any price limited estimate or (2) any parts and labor estimate by more than 10%. Additional repairs may not be performed without your consent. This estimated price for authorized repairs will be honored if your vehicle is delivered to Tesla's facility within the time periodagreed to by you and Tesla. You may waive your right to a written estimate and require that you be notified if the price exceeds an amount you have specified. Tesla is not responsible for any personal items left in your vehicle; Tesla and its employees may access and operate your vehicle including on streets, highways, or public roadways for the sole purpose of testing and/or inspection of repairs; Tesla may update your vehicle's software in the course of a repair or as part of the standard vehicle maintenance process per your owner's manual and New Vehicle Limited Warranty; Tesla and its employees may access, download and use the information stored on your vehicle's data recorder to service and diagnose issues with your vehicle, and Tesla may store and aggregate such data for its own purposes; an express mechanic's lien is hereby acknowledged on your vehicle to secure the amount of repairs, storage and other applicable fees; the vehicle owner's insurance provides exclusive coverage for the vehicle while it is in Tesla's possession; and you may be charged storage fees of $35/day from the fourth working day after you are notified that repairs on your vehicle are complete and that the vehicle is ready for pick up.

| Total Parts (USD) | 0.00 |
|---|---|
| Total Labor (USD) | 0.00 |
| Discount | 0.00 |
| **Subtotal (USD)** | 0.00 |
| Tax | 0.00 |
| **Total Amount (USD)** | 0.00 |

Tesla disclaims all express or implied warranties with respect to any repairs or products used in repairs, except as may be set forth in your Tesla-issued New or Used Vehicle Limited Warranty, Tesla Parts, Body, and Paint Repair Limited Warranty or other extended service agreement. Tesla is not responsible for repairs not performed by, or components not installed by, Tesla. Any parts (including tires/wheels) removed or replaced by Tesla during vehicle service will become the property of Tesla. However, at the time you authorize repairs, you may request to receive (subject to any applicable core charge, which you agree to pay) or inspect replaced parts (excluding inflatable restraint system components), except body shop repair parts and parts required to be returned to the manufacturer or a third party under a warranty, trade-in or exchange agreement, which will only be presented to you for examination and not returned.

I authorize the repair work, including parts, materials and labor, on my vehicle to be done pursuant to the terms and conditions as set forth in this service agreement document.

## Signature:                                                                 Date:

| Warning:Motor vehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. |
|---|

## FullName:

| A buyer of this product in California has the right to have this product serviced or repaired during the warranty period. The warranty period will be extended for the number of whole days that the product has been out of the buyer's hands for warranty repairs. If a defect exists within the warranty period, the warranty will not expire until the defect has been fixed. The warranty period will also be extended if the warranty repairs have not been performed due to delays caused by circumstances beyond the control of the buyer, or if the warranty repairs did not remedy the defect and the buyer notifies the manufacturer or seller of the failure of the repairs within 60 days after they were completed. If, after a reasonable number of attempts, the defect has not been fixed, the buyer may return this product for |
|---|

a replacement or a refund subject, in either case, to deduction of a reasonable charge for usage. This time extension does not affect the protections or remedies the buyer has under other laws.

You further agree and acknowledge that:

- You have the right to inspect your vehicle on Tesla premises prior to payment
- Tesla is not responsible for loss or damage to the vehicle or any articles left in the vehicle in case of fire, theft, hail, wind, or any other causes beyond its control;
- Tesla personnel will turn off any photo or video capturing devices, such as dashboard cameras, once they receive the vehicle in preparation for service and your vehicle's Tesla dash cam will be enabled when you pick up your Tesla from this Service visit;
- Labor charges are not based solely on actual service personnel's time but are aggregate prices for specific services or repairs, which may include flat rates based on industry manuals and vehicle condition;
- Waste storage and disposal fees are charged separately when applicable to specific services or repairs, and represent costs and profits to Tesla which are calculated based on average annualized costs across Tesla service facilities;
- Items purchased over the counter or online directly from Tesla may be returned within 30 days with a proof of purchase and must be in their original and uninstalled condition with factory labeling attached and in factory packaging (if supplied);
- Tesla-branded parts purchased directly from Tesla over-the-counter, online or purchased and installed by Tesla Service are covered under the Tesla Parts, Body, and Paint Repair Limited Warranty for a period of 12 months subject to the applicable terms, conditions and exclusions and available at https://www.tesla.com/support/vehicle-warranty;
- All charges for repairs, including labor, parts and materials furnished, are due and payable simultaneously with the return of your vehicle or prior to return upon the expiration of three (3) working days after notice has been sent by Tesla that the vehicle is ready;
- If applicable, you have the right to choose the licensed repair shop where the damage to your vehicle will be repaired;
- All crash parts supplied meet the standards used in manufacturing the original equipment replaced;
- If any repair, storage and other applicable fees remain unpaid for thirty (30) days after a request for payment, Tesla may pursue collection and you will be responsible for paying all reasonable attorney's fees and costs for such collection;
- If provided a loaner or rental vehicle, the vehicle must be returned within 24 hours of such notification or a daily usage rate of up to $100 USD and applicable fees will be charged until the return of such loaner vehicle;
- The repair work may not be completed prior to the date and time noted under Date/Time Promised and Tesla may adjust the estimated completion date upon notification to you and is not responsible for any delays caused by the unavailability of parts or parts shipments; and
- Tesla (and any of its subsidiaries) may contact you via emails, calls, SMS or other messages including through the Tesla app (collectively, "messages") to obtain authorization and provide updates regarding this Service visit and your vehicle. Standard SMS message and data rates may apply. You can withdraw your consent to receive automated SMS messages at any time by replying "STOP" or providing written notification to Tesla's customer representative.
- This dealer is required by law to charge a nonrefundable $2 California battery fee and a refundable deposit for each lead-acid battery purchased. A credit of the same amount as the refundable deposit will be issued if a used lead-acid battery is returned at the time of purchase or up to 45 days later along with this dealer's receipt.



**Tesla, Inc**
1800 E SPRING ST
LONG BEACH,CA,US 90755-1934
Ph.: (562) 308 5439

# Service Estimate

**SERVICE DEPARTMENT HOURS**
**Mon-Fri 7:00 a.m. - 8:00 p.m**
**Saturday-Sunday 7:00 a.m. - 8:00 p.m**

B.A.R. #ARD00310085

| Invoice date | Invoice number |
|---|---|
| 01-Oct-2025 | 3000-009-0029079164 |
| **Due Date** | **PO Number** |
| 01-Oct-2025 | |
| **Date/Time Received** | **Date/Time Promised** |
| | 10-Oct-2025 16:00:00 |
| **Odometer In** | **Odometer Out** |
| Miles | Miles |
| **Ready Date** | |
| | |
| **Service Advisor** | |
| Michael Ruehl | |

| Bill To | | |
|---|---|---|
| jade Burch 1871 hollywell st LAS VEGAS,NV 89135 ruselfmade@me.com | | |

| Mobile Phone | Additional Phone | Vehicle Identification Number |
|---|---|---|
| +16147259452 | | 5YJ3E1EB9MF999112 |
| **Year** | **Model** | **License Plate Number** | **Colour** |
| 2021 | MODEL 3 | | Pearl White Multi-Coat |

| Job Number | Description Of Work | Amount (USD) |
|---|---|---|
| 1 | **Concern:** vehicle has unable to charge , charge at max and will only charge to 30%<br><br>**Repair Notes:**<br><br>**Correction: HV Battery (AWD) - Remove and Replace**<br><br>**Correction: Discharge HV Battery (Through Touchscreen Service Mode)**<br><br>**Correction: Perform Post-Repair Validation Test Drive**<br><br>**Correction: HV Battery Vitals Inspection**<br><br>*Labor Hours included in other correction    Pay Type: HV Battery Limited Warranty | **0.00** |
| 2 | **Concern:** vehicle has unable to charge , charge at max and will only charge to 30% | 153.50 |

**Repair Notes:**

| | Labor Hours | Price | Adjustment | Subtotal |
|---|---|---|---|---|
| **Correction: Battery - 12V (Lead Acid) (Remove & Replace) - Remove and Replace** | | | | |
| | 0.18 | 49.50 | 0.00 | 49.50 |

**Parts Replaced or Added**

| Part | Quantity | Unit Price | Price | Adjustment | Subtotal |
|---|---|---|---|---|---|
| ASSEMBLY - 12V BATTERY AND VENT PLUG(1129182-00-B) | 1.00 | 100.00 | 100.00 | 0.00 | 100.00 |

| | | | Parts Subtotal 100.00 | |
|---|---|---|---|---|

| **Correction: California Battery Fee** | **Labor Hours** | **Price** | **Adjustment** | **Subtotal** |
|---|---|---|---|---|
| | 0.01 | 2.00 | 0.00 | 2.00 |

**Parts Replaced or Added**

| **Part** | **Quantity** | **Unit Price** | **Price** | **Adjustment** | **Subtotal** |
|---|---|---|---|---|---|
| California�Battery�Fee(2053486-00-A) | 1.00 | 2.00 | 2.00 | 0.00 | 2.00 |

Parts Subtotal 2.00

Pay Type: Customer Pay

| | |
|---|---|
| **Total Parts Amount** | 102.00 |
| **Total Labor Amount** | 51.50 |
| **Labor Hours** | 0.19 |

---

**3**

**Concern:** Check tire pressure and condition

**Repair Notes:**

**Correction: Automated Tire Pressure Check**

Pay Type: Goodwill-Internal

**0.00**

---

**4**

**Concern:** Check tire pressure and condition

**Repair Notes:**

| **Correction: Windshield Washer Fluid - Top Off** | **Labor Hours** | **Price** | **Adjustment** | **Subtotal** |
|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 |

Pay Type: Customer Pay

| | |
|---|---|
| **Total Parts Amount** | 0.00 |
| **Total Labor Amount** | 0.00 |
| **Labor Hours** | 0.00 |

**0.00**

---

Service Center hourly rate: USD 275

Notes: To assess your vehicle's Tire Wear and Condition, please see the Tire Care and Maintenance section from the digital Owner's Manual in your car.

All parts are new unless otherwise specified.

**Accepted Payment Methods:Major Credit Cards (Visa, Mastercard, AMEX, etc.), Debit Card, Cashier's Check**

You agree that:You are entitled to a price estimate for the repairs you have authorized. The repair price may be less than the estimate but shall not exceed (1) any price limited estimate or (2) any parts and labor estimate by more than 10%.Additional repairs may not be performed without your consent. This estimated price for authorized repairs will be honored if your vehicle is delivered to Tesla's facility within the time periodagreed to by you and Tesla. You may waive your right to a written estimate and require that you be notified if the price exceeds an amount you have specified. Tesla is not responsible for any personal items left in your vehicle; Tesla and its employees may access and operate your vehicle including on streets, highways, or public roadways for the sole purpose of testing and/or inspection of repairs; Tesla may update your vehicle's software in the course of a repair or as part of the standard vehicle maintenance process per your

| Total Parts (USD) | 102.00 |
|---|---|
| Total Labor (USD) | 51.50 |
| Discount | 0.00 |
| **Subtotal (USD)** | 153.50 |
| Tax | 10.71 |
| **Total Amount (USD)** | 164.21 |

owner's manual and New Vehicle Limited Warranty; Tesla and its employees may access, download and use the information stored on your vehicle's data recorder to service and diagnose issues with your vehicle, and Tesla may store and aggregate such data for its own purposes; an express mechanic's lien is hereby acknowledged on your vehicle to secure the amount of repairs, storage and other applicable fees; the vehicle owner's insurance provides exclusive coverage for the vehicle while it is in Tesla's possession; and you may be charged storage fees of $35/day from the fourth working day after you are notified that repairs on your vehicle are complete and that the vehicle is ready for pick up.

Tesla disclaims all express or implied warranties with respect to any repairs or products used in repairs, except as may be set forth in your Tesla-issued New or Used Vehicle Limited Warranty, Tesla Parts, Body, and Paint Repair Limited Warranty or other extended service agreement. Tesla is not responsible for repairs not performed by, or components not installed by, Tesla. Any parts (including tires/wheels) removed or replaced by Tesla during vehicle service will become the property of Tesla. However, at the time you authorize repairs, you may request to receive (subject to any applicable core charge, which you agree to pay) or inspect replaced parts (excluding inflatable restraint system components), except body shop repair parts and parts required to be returned to the manufacturer or a third party under a warranty, trade-in or exchange agreement, which will only be presented to you for examination and not returned.

I authorize the repair work, including parts, materials and labor, on my vehicle to be done pursuant to the terms and conditions as set forth in this service agreement document.

## Signature:                                              Date:

> Warning:Motor vehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm.

## FullName:

> A buyer of this product in California has the right to have this product serviced or repaired during the warranty period. The warranty period will be extended for the number of whole days that the product has been out of the buyer's hands for warranty repairs. If a defect exists within the warranty period, the warranty will not expire until the defect has been fixed. The warranty period will also be extended if the warranty repairs have not been performed due to delays caused by circumstances beyond the control of the buyer, or if the warranty repairs did not remedy the defect and the buyer notifies the manufacturer or seller of the failure of the repairs within 60 days after they were completed. If, after a reasonable number of attempts, the defect has not been fixed, the buyer may return this product for a replacement or a refund subject, in either case, to deduction of a reasonable charge for usage. This time extension does not affect the protections or remedies the buyer has under other laws.

You further agree and acknowledge that:

- You have the right to inspect your vehicle on Tesla premises prior to payment
- Tesla is not responsible for loss or damage to the vehicle or any articles left in the vehicle in case of fire, theft, hail, wind, or any other causes beyond its control;
- Tesla personnel will turn off any photo or video capturing devices, such as dashboard cameras, once they receive the vehicle in preparation for service and your vehicle's Tesla dash cam will be enabled when you pick up your Tesla from this Service visit;
- Labor charges are not based solely on actual service personnel's time but are aggregate prices for specific services or repairs, which may include flat rates based on industry manuals and vehicle condition;
- Waste storage and disposal fees are charged separately when applicable to specific services or repairs, and represent costs and profits to Tesla which are calculated based on average annualized costs across Tesla service facilities;
- Items purchased over the counter or online directly from Tesla may be returned within 30 days with a proof of purchase and must be in their original and uninstalled condition with factory labeling attached and in factory packaging (if supplied);
- Tesla-branded parts purchased directly from Tesla over-the-counter, online or purchased and installed by Tesla Service are covered under the Tesla Parts, Body, and Paint Repair Limited Warranty for a period of 12 months subject to the applicable terms, conditions and exclusions and available at https://www.tesla.com/support/vehicle-warranty;
- All charges for repairs, including labor, parts and materials furnished, are due and payable simultaneously with the return of your vehicle or prior to return upon the expiration of three (3) working days after notice has been sent by Tesla that the vehicle is ready;
- If applicable, you have the right to choose the licensed repair shop where the damage to your vehicle will be repaired;
- All crash parts supplied meet the standards used in manufacturing the original equipment replaced;
- If any repair, storage and other applicable fees remain unpaid for thirty (30) days after a request for payment, Tesla may pursue collection and you will be responsible for paying all reasonable attorney's fees and costs for such collection;

- If provided a loaner or rental vehicle, the vehicle must be returned within 24 hours of such notification or a daily usage rate of up to $100 USD and applicable fees will be charged until the return of such loaner vehicle;
- The repair work may not be completed prior to the date and time noted under Date/Time Promised and Tesla may adjust the estimated completion date upon notification to you and is not responsible for any delays caused by the unavailability of parts or parts shipments; and
- Tesla (and any of its subsidiaries) may contact you via emails, calls, SMS or other messages including through the Tesla app (collectively, "messages") to obtain authorization and provide updates regarding this Service visit and your vehicle. Standard SMS message and data rates may apply. You can withdraw your consent to receive automated SMS messages at any time by replying "STOP"or providing written notification to Tesla's customer representative.
- This dealer is required by law to charge a nonrefundable $2 California battery fee and a refundable deposit for each lead-acid battery purchased. A credit of the same amount as the refundable deposit will be issued if a used lead-acid battery is returned at the time of purchase or up to 45 days later along with this dealer's receipt.