SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: scott.lachman@akerman.com

*Attorneys for Navy Federal Credit Union*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JADE RILEY BURCH,<br><br>                    Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION; SPEEDY RECOVERY, INC.; AND DOES 1-10,<br><br>                    Defendants. | Case No.: 2:25-cv-01897-MMD-DJA<br><br>JOINT MOTION<br><br>~~STIPULATION~~ AND ORDER TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT<br><br>**(FIRST REQUEST)** |

Defendant Navy Federal Credit Union (**NFCU**) and plaintiff Jade Riley Burch stipulate that NFCU shall have up to and including <u>May 8, 2026</u>, to file its responsive pleading in this matter. NFCU's current deadline to respond is April 24, 2026.  Good cause exists to grant the requested two-week extension as undersigned counsel is still investigating the claims in the Second Amended Complaint, *see* Dkt. 83, and the parties are discussing whether settlement is a viable option.

. . .

. . .

. . .

. . .

. . .

. . .

83672892;1

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED April 22, 2026.

| **AKERMAN LLP** | **JADE RILEY BURCH** |
|---|---|
| _/s/ Scott R. Lachman_ | _/s/ Jade Riley Burch_ |
| SCOTT R. LACHMAN, ESQ. | JADE RILEY BURCH |
| Nevada Bar No. 12016 | 222 Karen Ave, Suite 1207 |
| 1180 N. Town Center Dr., Suite 290 | Las Vegas, NV 89109 |
| Las Vegas, NV 89144 | |
| | _Pro Se Plaintiff_ |
| _Attorneys for Navy Federal Credit Union_ | |

Under Local Rule 7-1(c), a stipulation that has been signed by fewer than all the parties or their attorneys will be treated - and must be filed - as a joint motion.  The Court thus treats this filing as a joint motion and will expect that future filings follow Local Rule 7-1(c).  The Court GRANTS the joint motion (ECF No. 84).

DATED: 4/23/2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2

83672892;1