Zachary P. Takos, Esq., Nevada Bar No. 11293
**TAKOS LAW GROUP, LTD.**
1935 Village Center Circle
Las Vegas, Nevada 89134
Telephone: 702.658.1900
Facsimile: 702.924.4422
Email: zach@takoslaw.com

Preandra S. Landrum, Esq., Indiana Bar No. 36877-32
*Admitted pro hac vice*
BASSFORD REMELE, PA
100 South Fifth Street, Suite 1500
Minneapolis, MN 55402
Telephone: 612.333.3000
Email: plandrum@bassford.com

*Counsel for Defendant Speedy Recovery, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JADE RILEY BURCH, | Case No. 2:25-cv-01897-MMD-DJA |
| Plaintiff, Pro Se, | JOINT MOTION |
| v. | ~~STIPULATION~~ AND ORDER FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT |
| NAVY FEDERAL CREDIT UNION; SPEEDY RECOVERY, INC.; and DOES 1-10; | **(First Request)** |
| Defendants. | |

Pursuant to Local Rule IA 6-1, and for good cause shown, Plaintiff Jade Riley Burch ("Plaintiff") and Defendant Speedy Recovery, Inc. ("Speedy") (together, the "Parties") jointly and respectfully request that Speedy be given an extension of time to and including May 15, 2026, to answer Plaintiff's Second Amended Complaint. In support of this stipulation, the Parties state as follows:

1

## BACKGROUND

1.     On October 6, 2025, Plaintiff commenced this lawsuit by filing the original complaint. *See* ECF No. 1.

2.     On November 12, 2025, Speedy answered the original complaint. *See* ECF No. 15.

3.     On November 29, 2025, Plaintiff filed the First Amended Complaint. *See* ECF No. 28.

4.     On April 10, 2026, Plaintiff filed the Second Amended Complaint, which modifies the claims asserted against Speedy and adds additional parties. *See* ECF No. 83.

5.     Currently, Speedy has until April 24, 2026, to respond to the Second Amended Complaint.

6.     In light of the Second Amended Complaint, Speedy requires additional time to review the Second Amended Complaint and evaluate its response.

## GOOD CAUSE EXISTS FOR EXTENDING THE RESPONSE DEADLINE

7.     The requested extension will allow Speedy to assess the Second Amended Complaint and determine an appropriate response in an efficient and cost-effective manner.

8.     The requested extension will not prejudice either Party and will not impact any existing deadlines or the overall progress of this case.

9.     Additionally, the extension requested is short—a mere 21 days—and reasonable in light of the circumstances.

## LOCAL RULE STATEMENTS

10.     The Parties bring this stipulation in the interest of justice and not for the purpose of undue delay.

11.     Pursuant to Local Rule IA 6-1, the Parties state that this is the first request they have made to extend the response deadline in this case.

\\\

\\\

2

\\\

\\\

\\\

\\\

\\\

WHEREFORE, pursuant to Local Rule IA 6-1, and for good cause shown, the Parties jointly and respectfully request an extension of time through May 15, 2026, for Speedy to respond to the Second Amended Complaint.

**IT IS SO STIPULATED.**

DATED this 22nd day of April, 2026.                DATED this 22nd day of April, 2026.

**Takos Law Group, Ltd.**


/s/ Preandra S. Landrum                          /s/Jade Riley Burch
Zachary P. Takos, Esq., Nevada Bar No. 11293     Jade Riley Burch
10785 W. Twain Avenue, Suite 224                 *Plaintiff, Pro Se*
Las Vegas, Nevada 89135                          222 Karen Avenue, Unit 1207
                                                 Las Vegas, NV 89109

**BASSFORD REMELE, PA**
Preandra S. Landrum, Esq., Indiana Bar No. 36877-32
*Admitted pro hac vice*
100 South Fifth Street, Suite 1500
Minneapolis, MN 55402

*Counsel for Defendant Speedy Recovery, Inc*


Under Local Rule 7-1(c), a stipulation that has been signed by fewer than all the parties or their attorneys will be treated - and must be filed - as a joint motion.  The Court thus treats this filing as a joint motion and will expect that future filings follow Local Rule 7-1(c).  The Court GRANTS the joint motion (ECF No. 88).

DATED: 4/27/2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE