Jade Riley Burch
Plaintiff, Pro Se
222 Karen Avenue, Unit 1207
Las Vegas, NV 89109
Tel: (614) 725-9452
Email: jaderburch@gmail.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **Jade Riley Burch,** | **Case No.:** 2:25-cv-01897-MMD-DJA |
| Plaintiff, Pro Se, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR (1) DEFENDANTS' RESPONSES TO THIRD AMENDED COMPLAINT AND (2) SUBMISSION OF JOINT DISCOVERY PLAN AND SCHEDULING ORDER** |
| **NAVY FEDERAL CREDIT UNION,** a federally chartered credit union; **SPEEDY RECOVERY, INC.,** a Nevada corporation; **ADESA U.S. AUCTION LLC,** a limited liability company; **MICHAEL RODRIGUEZ,** an individual; **ZANE CASE,** an individual; **MICHAEL WILLIAMS,** an individual; **CHRISTIAN HASTINGS,** an individual; and **DOES 1 through 8, inclusive,** | (First Request as to Third Amended Complaint) |
| Defendants. | |

Plaintiff Jade Riley Burch (**"Plaintiff"**), appearing in pro se, and Defendant Navy Federal Credit Union (**"NFCU"**), by and through its counsel of record Scott Lachman, Esq. of Akerman LLP, and Defendant Speedy Recovery, Inc. (**"Speedy"**), by and through its counsel of record Zachary P. Takos, Esq. and Preandra S. Landrum, Esq. of Bassford Remele, P.A. (collectively, the **"Appearing Defendants"**), hereby stipulate and agree as follows:

**RECITALS**

1.  On May 20, 2026, Plaintiff filed her Third Amended Complaint (ECF No. 100) (the **"TAC"**) asserting claims under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*; the Equal Credit Opportunity Act, 15 U.S.C. § 1691 *et seq.*; and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, against NFCU, Speedy, Michael Rodriguez, Zane Case, Michael Williams, Christian Hastings, and ADESA U.S. Auction, LLC ("ADESA").

2.  The TAC names four individual Defendants employed by Speedy Recovery, Inc., specifically Michael Rodriguez, Zane Case, Michael Williams, and Christian Hastings, who have not yet appeared in this action.

3.  Defendant ADESA U.S. Auction, LLC has likewise not yet appeared in this action.

4.  Pursuant to Federal Rule of Civil Procedure 15(a)(3), the current deadline for the Appearing Defendants to answer or otherwise respond to the TAC is June 3, 2026.

5.  Pursuant to the Court's Minute Order at ECF No. 94, the current deadline for the Parties to submit a renewed Joint Discovery Plan and Scheduling Order is May 29, 2026.

6.  The Appearing Defendants have indicated that they intend to file a responsive pleading to the TAC and requests additional time to evaluate and prepare their responsive pleading before the Parties meet and confer to prepare a Joint Discovery Plan and Scheduling Order under Rule 26(f).

7.  Counsel for the Appearing Defendants have further represented that they wish to afford all newly named Defendants, including the individually named Defendants and Defendant ADESA U.S. Auction, LLC, the opportunity to appear and participate in the Rule 26(f) conference and in the preparation of the Joint Discovery Plan, to the extent such parties appear in this action.

8.    The Parties agree that a limited extension of the deadline for the Appearing Defendants to respond to the TAC, and a corresponding extension of the deadline to submit the renewed Joint Discovery Plan, is appropriate to (a) allow the Appearing Defendants adequate time to prepare and file their responsive pleading; (b) afford the newly named individual Defendants, sufficient time to evaluate the TAC and respond; (c) permit any additional Defendants, including ADESA U.S. Auction, LLC, the opportunity to participate in the Rule 26(f) process if such parties appear in the action; and (d) allow the currently appearing Parties to confer regarding a proposed discovery schedule.

9.    The Parties agree that twenty-one (21) days is sufficient to accomplish the foregoing objectives, and the Parties do not anticipate requesting further extensions of these deadlines absent unforeseen circumstances.

10.    This stipulation is made in good faith and not for purposes of delay. Good cause exists for the requested extension. *See* LR IA 6-1; LR 26-3.

11.    This is the **first** request by the Parties for an extension of the deadlines set forth herein as they pertain to the Third Amended Complaint.

12.    Plaintiff does not waive the right to seek default or other appropriate relief against any Defendant who fails to timely appear or otherwise respond as required under the Federal Rules of Civil Procedure.

**STIPULATION**

NOW, THEREFORE, the Parties, by and through their respective counsel and Plaintiff in pro se, hereby stipulate and agree, subject to the approval of the Court, as follows:

A.    The deadline for the Appearing Defendants to answer or otherwise respond to the Third Amended Complaint shall be extended by twenty-one (21) days, from June 3, 2026 to and including **June 24, 2026**.

B.    The deadline for the Parties to submit their renewed Joint Discovery Plan and Scheduling Order shall be extended by twenty-one (21) days, from May 29, 2026 to and including **June 19, 2026**.

C.    This stipulation is entered without waiver of, and expressly preserves, any and all claims, defenses, objections, jurisdictional challenges, and rights of every Party, including without limitation any defenses available under Federal Rule of Civil Procedure 12.

D.    Nothing in this stipulation shall be construed as an appearance by, waiver of service by, or admission of jurisdiction over any Defendant who has not yet appeared in this action.

IT IS SO STIPULATED.

DATED this 28th day of May , 2026.

| | |
|---|---|
| /s/ Jade Riley Burch | /s/ Scott R. Lachman |
| **Jade Riley Burch** | **Scott R. Lachman, Esq.** |
| Pro Se Plaintiff | Akerman LLP |
| 222 Karen Avenue, Unit 1207 | 1180 North Town Center Drive Suite 290 |
| Las Vegas, NV 89109 | Las Vegas, NV 89144 |
| (614) 725-9452 | Counsel for Navy Federal Credit Union |
| jaderburch@gmail.com | |
| | |
| /s/ | /s/ Preandra S. Landrum |
| **Zachary P. Takos, Esq.** | **Preandra S. Landrum, Esq.** |
| Takos Law Group, Ltd. | (Pro Hac Vice Pending) |
| 10785 West Twain Avenue, Suite 226 | Bassford Remele |
| Las Vegas, NV 89135 | 100 South 5th Street, Suite 1500 |
| Local Counsel for Defendant | Minneapolis, MN 55402 |
| Speedy Recovery, Inc. | Lead Counsel for Defendant |
| | Speedy Recovery, Inc. |

**ORDER**

IT IS SO ORDERED that the parties' stipulation to extend deadlines (ECF No. 101) is GRANTED.

DATED: 5/29/2026

_____

UNITED STATES MAGISTRATE JUDGE

Case No. 2:25-cv-01897-MMD-DJA

**Burch v. Navy Federal Credit Union, et al.**