Jade Riley Burch
Plaintiff, Pro Se
222 Karen Avenue, Unit 1207
Las Vegas, NV 89109
Tel: (614) 725-9452
Email: jaderburch@gmail.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **Jade Riley Burch,** | **Case No.:** 2:25-cv-01897-MMD-DJA |
| Plaintiff, Pro Se, | |
| vs. | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT VICTORY RECOVERY SERVICES, INC. ONLY** |
| **VICTORY RECOVERY SERVICES, INC**., a foreign corporation, | |
| Defendants. | |

Plaintiff Jade Riley Burch ("Plaintiff") and Defendant Victory Recovery Services, Inc. ("Victory"), by and through Plaintiff appearing pro se and Victory's authorized representative, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to dismissal with prejudice of all claims asserted against Victory in this action.

**IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1.  All claims asserted by Plaintiff against Defendant Victory Recovery Services, Inc. in the above-captioned action are hereby **DISMISSED WITH PREJUDICE.**

2.  This dismissal applies solely to Defendant **Victory Recovery Services, Inc**. All remaining claims and proceedings against the other defendants, including Navy Federal Credit Union and Speedy Recovery, Inc., shall remain pending and unaffected.

3.  Each party shall bear its own attorneys' fees, costs, and expenses incurred in connection with the claims between Plaintiff and Victory.

IT IS SO STIPULATED.

**PLAINTIFF:**

Signed by:

X _Jade Burch_____
2FD2035F9CCA422...

**Jade Riley Burch**
**Plaintiff, Pro Se**

Date: 5/24/2026 _____

**DEFENDANT VICTORY RECOVERY SERVICES, INC.:**

DocuSigned by:

X _____
8BB4074AC945434...

Mark Davis
Founder and Chief Executive Officer
Authorized Representative for Victory Recovery Services, Inc.

Date: 5/24/2026 _____

## IT IS SO ORDERED

DATED this 2nd day of June, 2026.

_____
Miranda M. Du, U.S. District Judge

**Burch v. Navy Federal Credit Union, et al.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 2nd , 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record registered to receive such notice in this action.

**Dated: June 2nd, 2026**

*Jade Burch*

**Jade Riley Burch**
**Plaintiff, Pro Se**