AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **2:25-cv-01897-MMD-DJA**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **ADESA US AUCTION, LLC**
was received by me on  **6/06/2026:**

☐   I personally served the **SUMMONS; THIRD AMENDED COMPLAINT** on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and
discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **CORPORATION SERVICE COMPANY**, who is designated by law to accept service of process
on behalf of **ADESA US AUCTION, LLC** at **112 N Curry St, Carson City, NV 89703** on **06/08/2026 at 12:10 PM**; or

☐    I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date:  06/08/2026

_____
*Server's signature*

**Samantha Curl**
*Printed name and title*

**316 W 2nd St.**
**3rd Floor**
**Los Angeles, CA 90012**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; THIRD AMENDED COMPLAINT,  to CORPORATION SERVICE COMPANY,
REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with
direct delivery. The individual appeared to be a blonde-haired white female contact 45-55 years of age, 5'4"-5'6" tall
and weighing 180-200 lbs.  Registered agents name is Kris Kennison.**





Tracking #: **0226883224**