Jade Riley Burch
Plaintiff, Pro Se
222 Karen Avenue, Unit 1207
Las Vegas, NV 89109
Tel: (614) 725-9452
Email: jaderburch@gmail.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **Jade Riley Burch,**<br><br>Plaintiff, Pro Se,<br><br>vs.<br><br>**NAVY FEDERAL CREDIT UNION,** a federally chartered credit union; **SPEEDY RECOVERY, INC.,** a Nevada corporation; **ADESA U.S. AUCTION LLC,** a limited liability company; **MICHAEL RODRIGUEZ,** an individual; **ZANE CASE,** an individual; **MICHAEL WILLIAMS,** an individual; **CHRISTIAN HASTINGS,** an individual; and **DOES 1 through 8, inclusive,**<br><br>Defendants. | **Case No.:** 2:25-cv-01897-MMD-DJA<br><br>**STIPULATION AND JOINT MOTION TO EXTEND DEADLINE TO SUBMIT JOINT DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(SECOND REQUEST)** |

Plaintiff Jade Riley Burch, in proper person, and Defendants Navy Federal Credit Union (**NFCU**) and Speedy Recovery, Inc. (**Speedy**) (collectively, the **Appearing Parties**), by and through their respective counsel, jointly stipulate and move the Court for an order extending the deadline to submit a Joint Discovery Plan and Scheduling Order by forty-five (45) days, so that all currently named Defendants may participate in the plan.

### I. INTRODUCTION

The Appearing Parties seek a single, bounded extension of the deadline to submit a joint discovery plan and scheduling order. The pleadings as to the Appearing Parties are now framed, but several named Defendants have not yet appeared or been served. A discovery plan prepared

without the participation of those Defendants would likely require revision once they appear. A short extension preserves judicial economy, avoids successive amended plans, and allows the discovery plan to be submitted with the participation of all appearing Defendants.

## II. BACKGROUND

### A. Procedural Posture

On May 20, 2026, the Court granted Plaintiff leave to file her Third Amended Complaint, which was entered the same day (ECF No. 100). The Court denied as moot Speedy's then pending motion to dismiss the Second Amended Complaint (ECF No. 99).

Former Defendant Victory Recovery Services, Inc. settled with Plaintiff and was dismissed with prejudice on June 2, 2026 (ECF No. 104).

The remaining Defendants are NFCU, Speedy, ADESA U.S. Auction, LLC (**ADESA**), and individual Defendants Michael Rodriguez, Zane Case, Michael Williams, and Christian Hastings. Of these, only NFCU and Speedy have appeared. ADESA was served with the Summons and Third Amended Complaint on June 8, 2026 (ECF No. 106), but has not yet appeared, and its response deadline is June 29, 2026. The individual Defendants have not yet been served. Plaintiff is actively attempting to locate and serve the individual Defendants, and those efforts remain ongoing. None of the non-appearing Defendants are signatories to this Stipulation, and the relief sought does not affect any deadline or right as to them. Nothing in this Stipulation shall be construed as an appearance by, waiver of service by, or submission to the Court's jurisdiction by any non-appearing Defendant.

The Court's most recent Order (ECF No. 102) directs the parties to file a joint discovery plan and scheduling order by June 19, 2026, which falls on the Juneteenth federal holiday.

Pursuant to Federal Rule of Civil Procedure 6(a)(1)(C), the deadline therefore extends to June 22, 2026. The Appearing Defendants' deadline to answer or otherwise respond to the Third Amended Complaint is June 24, 2026. This Stipulation does not seek to alter the responsive pleading deadline. Plaintiff has continued to pursue service and case progression during the pendency of this action.

**B. Disclosure of Prior Extensions**

Pursuant to LR IA 6-1, the Appearing Parties disclose the following:

The Appearing Parties have previously stipulated, and the Court has granted, one extension of the deadline to submit a joint discovery plan and scheduling order. *See* ECF Nos. 101, 102. The Appearing Parties have also previously stipulated to extensions of the deadline to respond to operative pleadings. *See* ECF Nos. 89, 90. The present motion is the second request to extend the deadline to submit a joint discovery plan and scheduling order.

The Appearing Parties further disclose that on June 10, 2026, they jointly stipulated to refer this matter to a settlement conference and to stay both the discovery plan deadline and the responsive pleading deadline pending the conference (ECF No. 107). The Court denied that stipulation on June 11, 2026, because it "declines to conduct a settlement conference without all parties present." ECF No. 108. The present motion does not request a settlement conference or a stay. It requests only a short extension of the discovery plan deadline so that all named Defendants may have an opportunity to appear and participate in the plan, which is precisely the condition the Court identified as necessary in its prior order.

### III. ARGUMENT

**A. Good Cause Supports a Short Extension to Permit Participation by All Named Defendants.**

A scheduling order may be modified for good cause with the Court's consent. Fed. R. Civ. P. 16(b)(4). The Court also possesses inherent authority to manage its docket. Good cause exists here. The request is made in good faith, is not sought for purposes of delay, and is intended to facilitate the submission of a single comprehensive discovery plan rather than multiple amended plans as additional Defendants appear.

Federal Rule of Civil Procedure 26(f) contemplates that all parties confer and participate in the development of a discovery plan. Because several Defendants have not yet appeared, the parties cannot presently provide meaningful positions regarding discovery scope, phasing, protective orders, electronically stored information, or case scheduling as contemplated by Rule 26(f). Submitting a discovery plan now, while ADESA's response is not yet due and the individual Defendants have not been served, would likely produce a plan that must be revised, supplemented, or restarted once the remaining Defendants appear. That outcome is inefficient for the Court and the parties.

A forty-five (45) day extension is calibrated to two concrete events. First, ADESA's responsive pleading is due June 29, 2026, after which ADESA will have had an opportunity to appear and participate in Rule 26(f) discussions. Second, Plaintiff is continuing efforts to locate and serve the individual Defendants. A forty-five (45) day window allows that work to advance materially while preventing open ended delay.

**B. The Extension Does Not Affect Any Other Deadline.**

The relief sought is limited. The Appearing Defendants' deadline to answer or otherwise respond to the Third Amended Complaint (June 24, 2026) is not affected by this Stipulation. The relief does not affect the rights or deadlines of any non-appearing Defendant. No party is prejudiced.

## IV. CONCLUSION

The Appearing Parties respectfully request that the Court grant this Stipulation and Joint Motion and extend the deadline to submit a joint discovery plan and scheduling order by forty-five (45) days from the current deadline. A proposed order is submitted with this Motion.

DATED this 16th day of June, 2026.

/s/ Jade Riley Burch

**JADE RILEY BURCH**
Pro Se Plaintiff
222 Karen Avenue, Unit 1207
Las Vegas, NV 89109
(614) 725-9452
jaderburch@gmail.com

/s/

**ZACHARY P. TAKOS, ESQ.**
Takos Law Group, Ltd.
10785 West Twain Avenue, Suite 226
Las Vegas, NV 89135
*Local Counsel for Defendant Speedy Recovery, Inc.*

/s/ Scott R. Lachman, ESQ.

**SCOTT R. LACHMAN, ESQ.**
Akerman LLP
1180 North Town Center Drive, Suite 290
Las Vegas, NV 89144
*Counsel for Navy Federal Credit Union*

/s/ Preandra S. Landrum, ESQ.

**PREANDRA S. LANDRUM, ESQ.**
Bassford Remele, P.A.
100 South Fifth Street, Suite 1500
Minneapolis, MN 55402
*Lead Counsel for Defendant Speedy Recovery, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of June, 2026, I electronically filed the foregoing **STIPULATION AND JOINT MOTION TO EXTEND DEADLINE TO SUBMIT JOINT DISCOVERY PLAN AND SCHEDULING ORDER (SECOND REQUEST)** with the Clerk of the Court using the CM/ECF system, which served the following counsel of record by electronic means:

Scott R. Lachman, Esq.
**AKERMAN LLP**
1180 North Town Center Drive, Suite 290
Las Vegas, NV 89144
scott.lachman@akerman.com
*Attorneys for Defendant Navy Federal Credit Union*

Zachary P. Takos, Esq.
**TAKOS LAW GROUP, LTD.**
10785 West Twain Avenue, Suite 226
Las Vegas, NV 89135
zach@takoslaw.com
*Local Counsel for Defendant Speedy Recovery, Inc.*

Preandra S. Landrum, Esq.
**BASSFORD REMELE, P.A.**
100 South Fifth Street, Suite 1500
Minneapolis, MN 55402
plandrum@bassford.com
*Lead Counsel for Defendant Speedy Recovery, Inc.*

**Jade Riley Burch**
Plaintiff, Pro Se

Jade Riley Burch
Plaintiff, Pro Se
222 Karen Avenue, Unit 1207
Las Vegas, NV 89109
Tel: (614) 725-9452
Email: jaderburch@gmail.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **JADE RILEY BURCH,** | **Case No. 2:25-cv-01897-MMD-DJA** |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| NAVY FEDERAL CREDIT UNION, et al., | |
| Defendants. | |

## ORDER

Before the Court is the Stipulation and Joint Motion to Extend Deadline to Submit Joint Discovery Plan and Scheduling Order (Second Request), submitted by Plaintiff Jade Riley Burch, Defendant Navy Federal Credit Union, and Defendant Speedy Recovery, Inc. (collectively, the "Appearing Parties").

Having reviewed the Stipulation and Joint Motion, and good cause appearing, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** as follows:

1. The deadline to submit a joint discovery plan and scheduling order, as set at ECF No. 102, is **EXTENDED** to August 6, 2026. The Appearing Parties, together with any additional Defendants who have appeared by that date, shall submit a joint discovery plan and scheduling order on or before that date.

2. This Order does not affect the Appearing Defendants' deadline to answer or otherwise respond to the Third Amended Complaint as set at ECF No. 102.

3. This Order does not affect the rights or deadlines of any non-appearing Defendant.

**IT IS SO ORDERED.**

DATED this ____17th____ day of _____June_____, 2026.

_____

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**Burch v. Navy Federal Credit Union, et al.**