SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: scott.lachman@akerman.com

*Attorneys for Navy Federal Credit Union*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JADE RILEY BURCH,<br><br>                    Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION; SPEEDY RECOVERY, INC.; AND DOES 1-10,<br><br>                    Defendants. | Case No.: 2:25-cv-01897-MMD-DJA<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANT NAVY FEDERAL CREDIT UNION'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

87307690;1

Defendant Navy Federal Credit Union (**NFCU**) and Plaintiff Jade Riley Burch stipulate that NFCU shall have up to and including **Thursday, July 16, 2026**, to file its Reply in support of its Motion To Dismiss Plaintiff's Third Amended Complaint. ECF No. 112 (Motion filed June 24, 2026); ECF No. 114 (Opposition filed June 25, 2026). The current reply deadline is July 2, 2026. Good cause exists to grant the requested two-week extension so NFCU can thoroughly brief the arguments asserted in Plaintiff's Opposition filed on June 25, 2026. NFCU also requires additional time due to client unavailability and the need for client approval around the Independent Day holiday. This is the parties' first request for an extension of this deadline, and it is not intended to cause any delay or prejudice to any party.

DATED June 29, 2026.

| AKERMAN LLP | JADE RILEY BURCH |
|---|---|
| */s/ Scott R. Lachman* | */s/ Jade Riley Burch* |
| SCOTT R. LACHMAN, ESQ. | Pro Se Plaintiff |
| Nevada Bar No. 12016 | 222 Karen Avenue, Unit 1207 |
| 1180 N. Town Center Dr., Suite 290 | Las Vegas, NV 89109 |
| Las Vegas, NV 89144 | |
| | *Pro Se Plaintiff* |
| *Attorneys for Navy Federal Credit Union* | |

**ORDER**

**IT IS SO ORDERED.**

DATED this 29th day of June, 2026.

**UNITED STATES DISTRICT JUDGE**
Case No. 2:25-cv-01897-MMD-DJA

87307690;1