Jade Riley Burch
Plaintiff, Pro Se
222 Karen Avenue, Unit 1207
Las Vegas, NV 89109
Tel: (614) 725-9452
Email: jaderburch@gmail.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **Jade Riley Burch,**<br><br>Plaintiff, Pro Se,<br><br>vs.<br><br>**NAVY FEDERAL CREDIT UNION,** a federally chartered credit union; **SPEEDY RECOVERY, INC.,** a Nevada corporation; **ADESA U.S. AUCTION, LLC,** a limited liability company; and **DOES 1 through 8, inclusive,**<br><br>Defendants. | **Case No.:** 2:25-cv-01897-MMD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>*(Third Request)*[1]<br><br>*Expedited Consideration Requested* |

Plaintiff Jade Riley Burch, appearing pro se, and Defendants Navy Federal Credit Union, Speedy Recovery, Inc., and ADESA U.S. Auction, LLC, by and through their respective counsel of record, stipulate to extend the deadline to file the Joint Discovery Plan and Scheduling Order from August 6, 2026, to August 13, 2026, and state as follows.[2]

---

[1] LR IA 6-1(a) requires that the ordinal number of the request appear immediately below the title of the filing.

[2] The deadline extended by this Stipulation was set by court order. (ECF No. 110.) A stipulation relating to proceedings before the Court is not effective until approved by the Court. LR 7-1(b).

## I. Recitals

1. On May 29, 2026, the Court granted the parties' first request to extend the deadline to file the Joint Discovery Plan and Scheduling Order and set that deadline for June 19, 2026. (ECF No. 102.)

2. Defendant ADESA U.S. Auction, LLC was served on June 8, 2026.

3. On June 10, 2026, the parties then appearing jointly moved for a settlement conference and for a stay of upcoming deadlines pending that conference. (ECF No. 107.) The Court denied the request on June 11, 2026, stating that it declines to conduct a settlement conference without all parties present. (ECF No. 108.) ADESA had been served at that time but had not yet appeared.

4. On June 17, 2026, the Court granted the parties' second request to extend the deadline and set the current deadline of August 6, 2026. (ECF No. 110.)

5. ADESA first appeared in this action on July 13, 2026, by filing its motion to dismiss the Third Amended Complaint (ECF No. 118) and its certificate of interested parties (ECF No. 119). All identified and served Defendants have now appeared.

6. On August 4, 2026, Plaintiff and counsel for all appearing Defendants conferred pursuant to Fed. R. Civ. P. 26(f). The parties discussed the proposed discovery schedule and the possibility of resolving this action through a court-conducted settlement conference.

7. ADESA U.S. Auction, LLC requested that the parties seek a short extension to permit it to obtain, by August 12, 2026, the internal settlement authority necessary to participate meaningfully in such a conference.

8. The parties jointly request that the deadline to file the Joint Discovery Plan and Scheduling Order be extended to August 13, 2026, to allow ADESA the agreed period to obtain that authority.

9. No later than August 12, 2026, the parties will determine whether to jointly request a settlement conference and corresponding relief from the deadline to file the Joint Discovery Plan and Scheduling Order. If the parties do not make such a request, they will file the Joint Discovery Plan and Scheduling Order no later than August 13, 2026.

10. This is the third request to extend this deadline. The Court granted the first request by Order entered May 29, 2026 (ECF No. 102), and the second request by Order entered June 17, 2026 (ECF No. 110), as set out in paragraphs 1 and 4 above.[3]

11. The request is made jointly, in good faith, and not for purposes of delay.

12. The current deadline is August 6, 2026, one day after the filing of this Stipulation. The parties' request for expedited consideration and their alternative request for interim relief are set out in paragraph 20 below.

## II. Good cause

13. Good cause supports the requested extension. The second extension of this deadline was sought while the parties were working toward a court-conducted settlement conference that the Court had determined could not proceed without all parties present. (ECF No. 108.) ADESA did not appear until July 13, 2026. This is therefore the first juncture at which all identified and served Defendants have been before the Court, able to confer under Rule 26(f), and able to participate in the settlement process the parties have sought since June.

[3] LR IA 6-1(a) requires that a request to extend time state the reasons for the extension and inform the court of all previous extensions of the subject deadline the court granted.

14. The parties conferred under Rule 26(f) on August 4, 2026, two days before the current deadline, and identified a defined, near-term step, ADESA's acquisition of settlement authority, that bears directly on the schedule the parties would propose. A short extension permits the parties to submit a single plan informed by that answer rather than one that may require prompt revision. Upon ADESA's response, the parties will either renew their request for a settlement conference, now that all identified and served Defendants have appeared, or file the Joint Discovery Plan and Scheduling Order.

15. The extension is sought before the current deadline expires and runs to a date certain.[4] The requested seven-day extension will not prejudice any party, and no trial date or other deadline in this action is affected.

## III. Stipulated terms

**NOW THEREFORE, the parties stipulate and agree, subject to the approval of the Court, as follows:**

16. **Extended deadline.** The deadline to file the Joint Discovery Plan and Scheduling Order is extended from August 6, 2026, to August 13, 2026.

17. **No effect on motion briefing.** This Stipulation does not extend, toll, or otherwise affect any briefing deadline on any pending motion, including the motions to dismiss the Third Amended Complaint at ECF Nos. 112 and 118 and Plaintiff's motion for leave to file a surreply at ECF No. 123.

18. **No waiver.** No party waives any objection, defense, or argument by entering into this Stipulation.

[4] A request made before the original period expires may be granted for good cause. Fed. R. Civ. P. 6(b)(1)(A).

19. **Effectiveness.** This Stipulation is effective upon entry of the Court's order approving it.

20. **Interim relief.** Because the current deadline is August 6, 2026, the parties respectfully request expedited consideration. If the Court has not ruled on this Stipulation by August 6, 2026, the parties alternatively request that the existing deadline be temporarily extended until the Court rules and, if the requested extension is denied, until three business days after entry of that order or such other date as the Court directs.

IT IS SO STIPULATED.

DATED this 5th day of August, 2026.

**/s/ Jade Riley Burch**
**JADE RILEY BURCH**
222 Karen Avenue, Unit 1207
Las Vegas, Nevada 89109
Email: jaderburch@gmail.com
*Plaintiff, Pro Se*

**/s/ Scott R. Lachman**
**SCOTT R. LACHMAN, ESQ.**
**NICHOLAS BELAY, ESQ.**
**AKERMAN LLP**
1180 N. Town Center Drive, Suite 290
Las Vegas, Nevada 89144
Email: scott.lachman@akerman.com
Email: nicholas.belay@akerman.com
*Attorneys for Defendant*
*Navy Federal Credit Union*

**/s/ Preandra S. Landrum**
**PREANDRA S. LANDRUM, ESQ.**
*(Admitted Pro Hac Vice)*
**BASSFORD REMELE, P.C.**
100 South 5th Street, Suite 1500
Minneapolis, Minnesota 55402
Email: plandrum@bassford.com
*Attorneys for Defendant*
*Speedy Recovery, Inc.*

**/s/ Henry Kim**
**HENRY KIM, ESQ.**
**COZEN O'CONNOR**
1180 North Town Center Drive, Suite 260
Las Vegas, Nevada 89144
Email: henrykim@cozen.com
*Attorneys for Defendant*
*ADESA U.S. Auction, LLC*

**Order**

Based on the parties' Stipulation, and good cause appearing,

**IT IS SO ORDERED.** The deadline to file the Joint Discovery Plan and Scheduling Order is extended to August 13, 2026. If this Order is entered after August 6, 2026, the extension shall apply nunc pro tunc to August 6, 2026.

DATED: 8/6/2026

**HON. DANIEL J. ALBREGTS**
**UNITED STATES MAGISTRATE JUDGE**

**Certificate of service**

I certify that on August 5, 2026, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT DISCOVERY PLAN AND SCHEDULING ORDER (Third Request)** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered to receive electronic notice in this action, in accordance with Fed. R. Civ. P. 5(b)(2)(E) and LR IC 4-1.

**Jade Riley Burch**
Plaintiff, Pro Se